UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LEAGUE OF WILDERNESS DEFENDERS –
BLUE MOUNTAINS BIODIVERSITY
PROJECT, *et al.*,

        Plaintiffs,

v.

UNITED STATES FOREST SERVICE,

        Federal Defendant,

and

BOISE BUILDING SOLUTIONS
MANUFACTURING LLC, *et al.*,

        Defendant-Intervenors

Civil No. 05-1246-JO

ORDER

This matter is before the Court upon the parties' joint motion to dismiss Plaintiffs' complaint pursuant to the Settlement Agreement that is attached as Exhibit A to the parties' motion. For good cause shown, it is hereby ORDERED that this case is dismissed with prejudice pursuant to the Settlement Agreement, provided that the Court shall retain jurisdiction solely to enforce the terms of this Settlement Agreement, if necessary.

It is so ORDERED.

Dated: May 27, 2008

                                                     Honorable Robert E. Jones
                                                     United States District Judge